O
JS-6

# United States District Court
# Central District of California

ADRIAN PENA,

        Plaintiff,

   v.

UNITED STATES GOVERNMENT et al.,

        Defendants.

Case No. 8:14-cv-00173-ODW(JCGx)

**ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND**

On Feburary 5, 2014, *pro se* Plaintiff Adrian Pena filed complaint against myriad unrelated entities—including the United States Internet, Television Channel 34, the Department of Animal Care and Control, Microsoft, and the NFL. (ECF No. 1.)  The Complaint is illegible and unintelligible in violation of Federal Rule of Civil Procedure 8(a).   Pena previously filed an identical complaint in this Court that was dismissed without leave to amend for Rule 8 violations. *Adrian Pena v. United States Government et al.*, Case No. 2:13-cv-07408-ODW(JEMx) (C.D. Cal. closed Jan. 27, 2014).

/ / /

/ / /

The Court again **DISMISSES** Pena's Complaint **WITHOUT LEAVE TO AMEND.** All motions pending in this case are **DENIED AS MOOT**. (ECF Nos. 3, 6.)

**IT IS SO ORDERED.**

March 18, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**